# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
April 28, 2021

In re:
Chad S. Brault
Debtor*

Case Number: 20–20852 jjt
Chapter: 7

Bonnie C. Mangan, Trustee
Plaintiff(s)
v.
Mindy Schwarz–Raup
Defendant(s)

Adversary Proceeding
No.: 21–02001 jjt

### ENTRY OF DEFAULT

It appears from the record that Defendant, Mindy Schwarz–Raup failed to plead or otherwise defend in this case as required by law. Therefore, default is entered against the Defendant, Mindy Schwarz–Raup as authorized by Federal Rules of Bankruptcy Procedure 7055.

Dated: April 28, 2021

BY THE COURT

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 132 –

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.